To United States District Court
From: Brendan Peachyer 4(0728
RE: Mental health/Self esteem decline/Deplamation



Case # 1:22-CV-00187 RGA
Case Name Peachyer v Delaware Dept of Correction

Commissioner et el

Since the cell flooded I have been called elicer a no good piece of —— and made to think this is my fault. My speech has become unintelligible and sometimes I can't form words. I fear that my life has been altered due to my speech which plays a direct influence against my self esteem. I fear my speech will never recover from whatever ailments I am suffering and furthermore I have been obstructed by c/o and denied for requests as simple as toilet paper because they think I can talk normal. However my speech has not changed since it changed an december or october. I feel inadequate, less than, and embarrassed by my speech and the times when I can not form words the fear is incompletating. This in my opinion could have been avoided if I was seen (PA or if my concerns about the pain in the back of my head had been heard with concern. However I was neglected and even though I have cursed my own ear drums. Although I have a history of self-harm you cannot pick clearly from the ears with q-tips, wounds, and have dried blood in your ear for days even after showing everyday because I am currently still suffering from the pain and bleeding. One morning I was so thoroughly covered in blood also my cell LT Perez had Sgt Green take pictures which I would like subpoenaed to help assist in my suit. All of this and you could pick not breathy for 5 minutes the c/o said he was

checking for a pulse and had to call the prison to tell them I was not breathing. I am seeking monetary and injunctive relief for the long term damage that has done and for the cruel and unusual punishment of not being offered assistance by officers of rank and nursing during above rounds while they've seen the clotting and blood all over my person and cell.

Brandon Rachjes  411028
11H Reddick Rd Smyrna DE
19977     2-21-22

cc/ Clerks office
    Judge Richard G Andrews
    Prothonotary

I/M Brandon Persley
SBI# U147C8   UNIT A U-9

JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Office of The Clerk U.S.
District Court 844 N King St
Unit 18 Wilmington DE 19801-3570

