To United States District Court Attn Office of the Clerk
From Brenda Penbjer
RE Cruel and unusual punishment/Negligence/Deliberate Indifference

**FILED**
FEB 25 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Case Name: Penbjer v Delaware Dept of Correction Commissioner et al
Case #: 1:22-cv-00187

On Dec 10th 2021 I started having what had been building up since the 6th, a severe migraine pain in the back of my skull. I put in a sick call or grievance because I was in the infirmary and was being told they were tension headaches. This persisted for 14 days. On Dec 20th I started bleeding from my ears which combined with the pain put me down and all to an ambulance I put to the hospital was seen sent given a CT and sent back. This went on for 3 days. On Dec 23 I was bleeding so bad and the on-call provider did not want to send me out. Eventually Lt Daw and the Charge nurse made the call that was I was sent out in the back of a Doc transport vehicle. While enroute I became dizzy and disoriented. I later found out I passed out breathing for 5 minutes at the officers notify in the back of the van had to administer CPR after not finding a pulse and am being unresponsive. He told me he called the jail and was transferred to KGH whoever wrote this would know for us. upon waking up they told me I almost died I had nothing from early hiding injury and muscle disruption. They ended up admitting me for a week in which time they had an EKG from a fiasco... (illegible) Blood draw my blood a dozen and a half times Today is 2-21-22 two months later I was dead for (5) minutes without being offered CPR which is cruel and unusual punishment negligence and deliberate indifference. The officer let me die I could have never woken up. Even showing to this day I am still bleeding from the ears and having severe pain in the

in the back of my skull. I have had my entire person as well as my cell covered in blood from this bleeding. I take am meds which are at 3:00 AM and all the cells put their lights down to upon coming to my cell and seeing it covered in blood and no unresponsive the nurse and C/O's left me like this (2) nights in a row. This is class negligent cruel and unusual and L/i(be de in) officer one guard Corp. Junior (white male) (woodside) there are two officers named junior Cu/th male, however Corperal junior came to my cell continually made sure checked and found me bloody entirely from (Gosh eye) and opened my flap to ask me if I was suicidal or homicidal e pulled calked off the mentally Ill application I didn't respond he said have a good night and closed my flap cell while I needed medical attention, Again this Shows a pattern 2 times in sequence - 3 times or more and it has been classed times they have pro unattended ground or Gross retaliation cruel and unusual Negligence especially Grossly. The Commissioner and nurse are responsible every tho have supposedly used in curbulen unless like thackery I can VG officers who took m out on Dec 24 are living proof how wrong this can go.

Brenda Rathjer Alvord
1181 Podhlvk Rd Smyrna DE
19077    2-21-22

I/M Brandon Beaty
SBI# 'U'IN'7C8   UNIT A U-9

JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



WILMINGTON DE
23 FEB 2022 PM

US POSTAGE $000.53
0000376167 FEB 23 2022

Office of The Clerk U.S.
District Court 844 N King St
Unit 18 Wilmington DE 19801-
3570


U.S.M.S. X-RAY'd